```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2007 JUN -5  PM 4:03

                                          LORETTA G. WHYTE
                                               CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-049 |
| v. | * | SECTION: "J" |
| DESHAWN HARRIS | * | |
| * * * | | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE LOUIS MOORE, JR., UNITED STATES MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

The petition of the United States of America, appearing herein through Samuel D. Marsh, Assistant United States Attorney for the Eastern District of Louisiana, respectfully shows to this Court:

That **DESHAWN HARRIS, black male, Social Security Number XX-XX-4070,** is now confined in Orleans Parish Prison and is in the custody of the Orleans Parish Sheriff's Department of said institution, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said **DESHAWN HARRIS** is charged in the United States District Court for the Eastern District of



Louisiana with violating the terms of his supervised release and that it is necessary for the said **DESHAWN HARRIS** to appear for Initial Appearance in the United States District Court for the Eastern District of Louisiana on or before the **19th** day of **June, 2007**, at **2:00 PM**, before United States District Judge Lance M. Africk, after which he is to be returned to the custody of the Sheriff of the Orleans Parish Prison.

**WHEREFORE**, petitioner prays that this Honorable Court do forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Sheriff of Orleans Parish Prison, requiring him to surrender the body of the said **DESHAWN HARRIS** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by said United States Marshal in the United States District Court for the Eastern District of Louisiana on or before the **19th** day of **June, 2007**, at **2:00 PM** before United States District Judge Lance M. Africk, and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or by any other United States Marshal, or one of his authorized deputies, to Orleans Parish Prison and there be

surrendered to the Sheriff of said institution, or one of his authorized deputies.

                                        Respectfully submitted,

                                        JIM LETTEN
                                        UNITED STATES ATTORNEY

                                        */s/ Samuel D. Marsh*
                                        SAMUEL D. MARSH
                                        Assistant United States Attorney
                                        West Virginia Bar Roll No. 6746
                                        Hale Boggs Federal Building
                                        500 Poydras Street, Room 210B
                                        New Orleans, Louisiana  70130
                                        Telephone:  (504) 680-3129
                                        Email: sam.marsh@usdoj.gov