UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-049 |
| v. | * | SECTION: "J" |
| DESHAWN HARRIS | * | |

\* \* \*

**ORDER**

Let a writ of habeas corpus ad prosequendum be issued to the Sheriff of Orleans Parish Prison or one of his authorized deputies, ordering and directing said Sheriff of the said institution, or one of his authorized deputies, to surrender the body of **DESHAWN HARRIS** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by the said United States Marshals for the Eastern District of Louisiana on or before the **19th** day of **June, 2007**, at **2:00 PM**, before United States District Judge Lance M. Africk to appear for Initial Appearance and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or one of his authorized deputies, to Orleans Parish Prison and there be surrendered to the Sheriff of said institution, or one of his authorized deputies.

New Orleans, Louisiana, this 5th day of June, 2007.

UNITED STATES MAGISTRATE JUDGE