UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(Criminal Docket)

UNITED STATES OF AMERICA                           No. CR, 00-49, J

VS.

Deshawn Harris

**WRIT OF HABEAS CORPUS AD Prosequendum**

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:   Sheriff, Orleans Parish Prison

GREETING: --

You are hereby ordered and directed to surrender the body of **Deshawn Harris** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to be thereafter produced by the said United States Marshal before the United States District Court of the Eastern District of Louisiana, on or before the **19th** day of **June**, **2007** at **2:00 p.m.**, at New Orleans, Louisiana, before **Judge Lance M. Africk**, for **initial appearance**, and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to the **Orleans Parish Prison** and there surrendered to the **Sheriff** of said institution, or one of his authorized deputies.

Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 6 day of June, 2007
LORETTA G. WHYTE, CLERK

BY:   _____sk/memo_____
              Deputy Clerk