UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-049 |
| v. | * | SECTION: "J" |
| DESHAWN HARRIS | * | |

* * *

### MOTION BY THE UNITED STATES TO CONTINUE DEFENDANT'S INITIAL APPEARANCE HEARING ON PETITION TO REVOKE SUPERVISED RELEASE IN THE ABOVE-STYLED CASE

1. On May 24, 2007, the Honorable Carl J. Barbier signed a petition that was submitted by the United States Probation Department which alleged that DeShawn Harris (hereinafter "Defendant") had violated terms and conditions of his of supervised release. Judge Barbier issued a warrant for Defendant's arrest.

2. On May 24, 2007, Defendant was detained in state custody in Orleans Parish Prison due to being arrested on or about May 8, 2007, and charged with acts of domestic battery. On information and belief, Defendant posted bond for those charges and was released from state custody on or about June 1, 2007.

3. On information and belief, the warrant issued by Judge Barbier was provided to the proper state authorities in Orleans Parish to be lodged as a detainer against Defendant prior to June 1, 2007. However, the detainer was not lodged until after June 1, 2007. Therefore, Defendant was released from custody when he posted bond.

4. Defendant's initial appearance hearing on the petition to revoke his supervised release is scheduled for Tuesday, June 19,

2007 at 2:00 p.m., before this Honorable Court. The undersigned represents, as a result of conversations with Defendant's supervising probation officer on June 19, 2007, that his probation officer has not had contact with Defendant since Defendant was released from custody. Therefore, the aforementioned warrant issued by Judge Barbier has not yet been executed on Defendant, and there is no indication that Defendant intends to self-surrender to his probation officer prior to his scheduled hearing.

5. Therefore, based on the foregoing, the United States respectfully requests that this Honorable Court continue Defendant's initial appearance hearing indefinitely until Defendant is arrested on the federal warrant and is entitled to an initial appearance. The undersigned further represents that Defendant's probation officer, in conjunction with the Marshal's Service, is actively seeking to execute the federal warrant on Defendant.

**WHEREFORE**, the undersigned prays that this Honorable Court will order that Defendant's initial appearance will be continued for the aforementioned reasons until a time when Defendant is

arrested on the outstanding federal warrant and is entitled to such a hearing.

        Respectfully submitted,

        JIM LETTEN
        UNITED STATES ATTORNEY

        */s/ Samuel D. Marsh*
        SAMUEL D. MARSH
        Assistant United States Attorney
        West Virginia Bar Roll No. 6746
        Hale Boggs Federal Building
        500 Poydras Street, Room 210B
        New Orleans, Louisiana  70130
        Telephone:  (504) 680-3129
        Email: sam.marsh@usdoj.gov