UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA   *   CRIMINAL DOCKET NO. 00-049

v.   *   SECTION: "J"

DESHAWN HARRIS   *

\* \* \*

### O R D E R

Based on the foregoing motion by the United States, Deshawn Harris's initial appearance hearing scheduled for June 19, 2007, is hereby continued until such a time when Defendant is arrested on the outstanding federal warrant, ~~and is thereby entitled to such a~~ hearing without unnecessary delay.

New Orleans, Louisiana, this __19__ day of __June__, 2007.

_____
HONORABLE LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____