Return

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2007 JUN 20 AM 6:46
LORETTA G. WHYTE
CLERK

(Criminal Docket)

UNITED STATES OF AMERICA            No. CR, 00-49, J

VS.

Deshawn Harris

### WRIT OF HABEAS CORPUS AD Prosequendum

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:     Sheriff, Orleans Parish Prison

GREETING: --

You are hereby ordered and directed to surrender the body of **Deshawn Harris** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to be thereafter produced by the said United States Marshal before the United States District Court of the Eastern District of Louisiana, on or before the **19th** day of **June, 2007** at **2:00 p.m.**, at New Orleans, Louisiana, before **Judge Lance M. Africk**, for **initial appearance**, and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to the **Orleans Parish Prison** and there surrendered to the **Sheriff** of said institution, or one of his authorized deputies.

Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 6 day of June, 2007

LORETTA G. WHYTE, CLERK

BY: _____
       Deputy Clerk

___ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No _____

**WRIT OF HABEAS CORPUS**

ON THE _____ DAY OF _____ 20 ___
I PARTIALLY EXECUTED THIS WRIT BY TAKING INTO CUSTODY THE WITHIN NAMED SUBJECT AND PRODUCING SAID SUBJECT AS DIRECTED

US MARSHAL

BY _____

I COMPLETED EXECUTION OF THIS WRIT BY RETURNING THE WITHIN NAMED SUBJECT TO THE ORIGINAL CUSTODIAL AGENCY REPRESENTATIVE _____

ON THE _____ DAY OF _____ 20 ___

US MARSHAL

BY _____
6-18-07

I HAVE SERVED _____
AT _____
BY DELIVERING A COPY TO _____
ON _____ AT _____ A.M.-P.M.
UNITED STATES MARSHAL'S SERVICE
BY _____

Return unexecuted
Defendant not in OPP custody.