MINUTE ENTRY
AFRICK, J.
JUNE 22, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                         CRIMINAL ACTION

VERSUS                                           NO: 00-049

DESHAWN HARRIS                                   SECTION " J "

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X   DEFENDANT WITH/(WITHOUT) COUNSEL _____
              X   ASSISTANT U.S. ATTORNEY  SAM MARSH
              X   PROBATION OFFICER        LEIGHTON M. COLBERT  Daryl Noguin
              ___ INTERPRETER _____  SWORN
                  (TIME: ___.M to ___.M)                       for

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ  (SUMMARIZED)  WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____
X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
    July 2, 2007 at 2:00 p.m.
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
    June 25, 2007 at 2:00 p.m.
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE CARL J. BARBIER

JS-10:

A med. exam at the prison was ordered and the US Marshal was advised of same.

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No