MINUTE ENTRY
MOORE, M.J.
June 25, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-49 |
| DESHAWN HARRIS | SECTION: J |

A detention hearing was set this date before Magistrate Judge Louis Moore, Jr.

PRESENT:   Sam Marsh, Asst. U.S. Attorney
Roma Kent for Virginia Schlueter, Counsel for the defendant
Deshawn Harris, Defendant

Ms. Kent requested that this matter be continued for reasons stated on the record. There was no objection by the Government.

Good cause shown, **IT IS ORDERED** that the detention hearing is **CONTINUED to June 26, 2007 at 2:00 p.m.**

The defendant was remanded to the custody of the U.S. Marshal.

_____
LOUIS MOORE, JR., U.S. MAGISTRATE JUDGE

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. MARSHAL, ATTORNEY FOR DEFENDANT,
DEFENDANT

JS-10: 00:02