UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-049** |
| **v.** | * | **SECTION: "J"** |
| **DESHAWN HARRIS** | * | |
| | * * * | |

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and respectfully represents:

Defendant, Deshawn Harris, pled guilty on April 5, 2000, to violating Title 21, United States Code, Sections 841(a)(1) - (Distribution of Cocaine Base). On July 19, 2000, Deshawn Harris received an eighty-four (84) month sentence of imprisonment followed by four (4) years of supervised release. (*See* Rec. Doc. 25 filed on July 21, 2000).

Details of the defendant's supervised release are set forth in the Petition for Warrant or Summons for Offender Under Supervision. (*See* Rec. Doc. 30 filed on May 24, 2007).

Deshawn Harris, violated the terms and conditions of his supervised release in the manner set forth in Petition for Warrant or Summons for Offender Under Supervision (*See* Rec. Doc. 30 filed on May 24, 2007).

**WHEREFORE**, the Government prays that the defendant, Deshawn Harris, be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause before United States District Court Judge Carl J. Barbier, why his supervised release should not be revoked.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

s/ Samuel D. Marsh
SAMUEL D. MARSH(#6746WV)
Assistant United States Attorney
500 Poydras Street, Room 210-B
New Orleans, Louisiana  70130
Telephone:  (504) 680-3129
sam.marsh@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

s/ Samuel D. Marsh
SAMUEL D. MARSH