UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-049** |
| v. | * | **SECTION: "J"** |
| **DESHAWN HARRIS** | * | |

\* \* \*

**O R D E R**

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that Deshawn Harris, appear before this Court on the _____ day of _____, 2007 at _____ \_\_\_.m. to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE