MINUTE ENTRY
MOORE, M.J.
JUNE 26, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-49 |
| DESHAWN HARRIS | SECTION: J |

A detention hearing was set this date before Magistrate Judge Louis Moore, Jr.

PRESENT:   Sam Marsh, Asst. U.S. Attorney
           Virginia Schlueter, Counsel for the defendant
           Deshawn Harris, Defendant

Ms. Schlueter requested that this matter be continued for reasons stated on the record. There was no objection by the Government.

Good cause shown, **IT IS ORDERED** that the detention hearing is **CONTINUED to June 27, 2007 at 2:00 p.m.**

The defendant was remanded to the custody of the U.S. Marshal.

_____
LOUIS MOORE, JR., U.S. MAGISTRATE JUDGE

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. MARSHAL, ATTORNEY FOR DEFENDANT,
DEFENDANT

| |
|---|
| JS-10: 00:04 |