UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO: 00-049

DESHAWN HARRIS                              SECTION: "J"

**ORDER**

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS ORDERED** that Dehawn Harris, appear before this Court on **July 25, 2007 at 1:30 p.m.** to show cause why supervised release should not be revoked.

New Orleans, Louisiana this the 28th day of June, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE