# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

DESHAWN HARRIS

WARRANT FOR ARREST

CASE NUMBER: CR, 00-49, J

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JUN 27  AM 11: 11
LORETTA G. WHYTE
CLERK

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DESHAWN HARRIS, 1415 IBERVILLE, APT. G, NEW ORLEANS, LA, 70112** and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    ( ) Probation Violation Petition    (X) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with VIOLATIONS OF SUPERVISED RELEASE

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer
*Stephanie Kall*
(By) Deputy Clerk

**May 25, 2007   New Orleans, Louisiana**
Date and Location

Bail fixed at $ _____    by _____
                                        Name of Judicial Officer

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/25/07 | B. Bradstreet, DUSM | B. Bradstreet |
| DATE OF ARREST 6/22/07 | | |