UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      CRIMINAL

VERSUS                        NO.: 00-49

DeShawn Harris                SECTION: J

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JUN 28 AM 11: 15
LORETTA G. WHYTE
CLERK

O R D E R

IT IS ORDERED that the above named defendant be given a medical examination and/or treatment in relation to the following: _Treatment for Gun-Shot Wounds, etc_

Said examination or treatment is to be provided on or before _ASAP_.

IT IS FURTHER ORDERED that the United States Marshal deliver a copy of this order to the Sheriff of _Orleans_ Parish without delay.

New Orleans, Louisiana, this _27th_ day of _June_, 200_7_.

_____
UNITED STATES MAGISTRATE JUDGE

R E T U R N

I hereby certify that I have served this Order on the Sheriff of _____ Parish. Service effected by hand delivery upon _____.

Date _____     _____
                                Signature of Deputy U. S. Marshal

_FEE_____
_PROCESS_____
_DKTD_____
_CtRmDep_____
DOCUMENT NO._____