UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DeShawn Harris

NO.: 00-49

SECTION: J

# ORDER

IT IS ORDERED that the above named defendant be given a medical examination and/or treatment in relation to the following:

Treatment for Gun-Shot Wounds, etc.

Said examination or treatment is to be provided on or before ASAP.

IT IS FURTHER ORDERED that the United States Marshal deliver a copy of this order to the Sheriff of Orleans Parish without delay.

New Orleans, Louisiana, this 27th day of June 2007.

UNITED STATES MAGISTRATE JUDGE

# RETURN

I hereby certify that I have served this Order on the Sheriff of Orleans Parish. Service effected by hand delivery upon Dpt. Batiste.

Date 06/29/07

Signature of Deputy U. S. Marshal

CLERK'S OFFICE
A TRUE COPY
JUN 28 2007
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La

___ FEE
_X_ PROCESS
___ DKTD
___ Ct Rm Dep