AO89 (Rev. 7/95) Subpoena in a Criminal Case

**RETURN**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

United States of America

v.

Deshawn Harris

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 00-049 "J"

TO:
Veedra Tyson
1415 Iberville Street, #6
New Orleans, LA 70112

[✓] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE United States District Court Hale Boggs Federal Building 500 Poydras Street | COURTROOM Honorable Carl J. Barbier C268, 2nd Floor |
|---|---|
| | DATE AND TIME July 25, 2007  1:30 p.m. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Loretta G. Whyte, Clerk (By) Deputy Clerk | July 19, 2007 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Samuel D. Marsh, AUSA - Telephone No. 504-680-3129
500 Poydras Street, Rm. 210-B
New Orleans, Louisiana 70130

___ Process
 X  Dkid
___ CtRmDep
___ Doc. No.

Received stamp: 2007 JUL 19 PM 4:09 EASTERN DISTRICT OF LOUISIANA LORETTA G. WHYTE CLERK

AO 89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 7-19-07 | PLACE N.O., LA |
| SERVED | DATE 7-19-07 | PLACE N.O., LA |
| SERVED ON (PRINT NAME) Veedra Tyson | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ | |
| SERVED BY (PRINT NAME) Charles Serio | TITLE DUSM | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   7-19-07
                    DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER
500 Poydras St.
N.O., LA 70130

ADDITIONAL INFORMATION