PROB 49

# UNITED STATES DISTRICT COURT
# for the
# Eastern District of Louisiana

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**COMMUNITY CONFINEMENT:** The defendant shall reside in the local halfway house for a period of three month(s) or until discharged from the facility by the probation officer and shall observe the rules of that facility. The defendant shall contribute to the cost of such confinement to the extent that the defendant is deemed capable by the probation officer.

Witness: _Jill M. Schreckenburger_
U.S. Probation Officer

Signed: _Deshawn Harris_
Deshawn Harris
Probationer or
Supervised Releasee

6-25-08
DATE